UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:10-cr-00109-ECR-RAM |
| ) | |
| Plaintiff, ) | MINUTES OF THE COURT |
| ) | |
| vs. ) | |
| ) | |
| ) | Date: October 7, 2011 |
| JOSE ROJAS-GUZMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:   EDWARD C. REED, JR.           U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN     Reporter:   NONE APPEARING

Counsel for Plaintiff(s)           NONE APPEARING

Counsel for Defendant(s)           NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

On October 4, 2011, defendant filed a motion (#60) to continue the pretrial motions cut-off date to October 28, 2011.

Defendant's motion (#60) is GRANTED.

The government shall have 14 days within which to respond to any pretrial motions which are timely filed. Defendant shall have 7 days thereafter to file any replies.

LANCE S. WILSON, CLERK

By   /s/
     Deputy Clerk