UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:10-cr-00109-ECR-WGC |
| Plaintiff, | |
| vs. | ORDER |
| JOSE GUADALUPE ROJAS-GUZMAN, | |
| Defendant. | |

Defendant Rojas-Guzman filed a motion (#62) in limine to preclude reference to his immigration status on October 26, 2011. The government does not oppose the motion. In the event that the door is opened by the Defendant during the trial, the Court will reconsider this issue.

IT IS ORDERED that the Defendant's motion (#62) is GRANTED.

Dated this 23rd day of November 2011.

_____
EDWARD C. REED, JR.
United States District Judge