UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:10-cr-00109-ECR-WGC |
| Plaintiff, ) | MINUTES OF THE COURT |
| vs. ) | DATE: December 14, 2011 |
| JOSE GUADALUPE ROJAS-GUZMAN, ) a/k/a Angel, AURELIO NUNES-MOLINA, and MARIO ADRIAN LOPEZ-FERNANDEZ, a/k/a Mario, ) | |
| Defendants. ) | |

PRESENT: _____EDWARD C. REED, JR._____       U. S. DISTRICT JUDGE

Deputy Clerk: __COLLEEN LARSEN__     Reporter: __NONE APPEARING__

Counsel for Plaintiff(s) _____NONE APPEARING_____

Counsel for Defendant(s) _____NONE APPEARING_____

MINUTE ORDER IN CHAMBERS

**IT IS HEREBY ORDERED** that the Government shall have until 1pm on Friday, December 16, 2011 to respond to Defendant Rojas-Guzman's Motion to Dismiss or, in the Alternative, for a Bill of Particulars (#95) submitted on December 9, 2011. There shall be no reply.

LANCE S. WILSON, CLERK

By _____/s/_____
Deputy Clerk