UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,                      03:10-CR-109-ECR-WGC

vs.                                        MINUTES OF COURT

JOSE ROJAS-GUZMAN,              Date:  December 16, 2011

        Defendant.
_____/

**PRESENT**: EDWARD C. REED, JR., SENIOR U.S. District Judge

Courtroom Deputy: Colleen Larsen; Court Reporter: Kathy French, A.M.; Court Reporter Margaret Griener, P.M.

Counsel for Plaintiff: James E. Keller; Carla Higginbotham

Counsel for Defendant: Glynn Cartledge

Interpreter: Karmele Landaribar

**MINUTES OF** HEARING MOTIONS **IN LIMINE (#94), and MOTION TO DISMISS (#95)**:

At 11:05 A. M. Court convenes; defendant is present; interpreter is sworn.

Counsel for defendant addresses defendant's motion to dismiss (#95); response by Government counsel; further arguments by respective counsel.

**IT IS ORDERED** that the motion (#95), based on the speedy trial act, is DENIED.

Counsel for defendant addresses defendant's motion in limine (#94); response by Government counsel; further arguments by respective counsel.

At 1:00 P. M. Court recesses; defendant is remanded to custody.

At 2:20 P. M. Court reconvenes; defendant is present.  Government counsel, Carla Higginbotham, and Court Reporter, Margaret Griener, are also present.

03:10-CR-109-ECR                    December 16, 2011                    Page Two

The Court makes its findings for the record.

**IT IS ORDERED** that the motion in limine (#94), as to the 2004 conviction, as to the written judgment, will not be admitted.

**IT IS FURTHER ORDERED** that the underlying facts relating to the 2004 conviction, which might be reported by a witness agent, that the defendant was found in possession of substantial amounts of methamphetamine, will be admissible, subject to proper foundation being laid.

**IT IS FURTHER ORDERED** that the travel to Reno, will be admissible.

**IT IS FURTHER ORDERED** that the rental of a car, will not be admissible.

At 2:35 P. M. Court adjourns; defendant is remanded to custody.


                                            LANCE S. WILSON, CLERK

                                            By_____/s/_____
                                                       Deputy