# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE ROJAS-GUZMAN,<br><br>    Defendant. | Case No. 3:10-cr-00109-RCJ-WGC<br><br>**ORDER** |

      Pending before the Court are Defendant Jose Rojas-Guzman's Motion for Judicial Notice and Reconsideration, (Dkt. 253), and the Government's Motion to Strike, (Dkt. 254). For the following reasons, the Court **GRANTS** the Government's motion and **STRIKES** Defendant's motion.

      Rojas-Guzman, acting pro se, asks the Court to reconsider the Second Amended Judgment in his case, (Dkt. 252), which reduced his sentence pursuant to a hearing held on March 13, 2023. (Dkt. 251). At the hearing, Rojas-Guzman was represented by counsel, (*see* Dkt. 251), who has not withdraw representation of him. Accordingly, the Government argues in its motion that the

Court should strike Rojas-Guzman's motion for failure to comply with Local Rule IA 11-6.[1] Finding that Rojas-Guzman's motion was filed not in accordance with the Local Rules, the Court will strike the motion without prejudice to refiling by counsel.

## CONCLUSION

IT IS HEREBY ORDERED that the Government's Motion to Strike, (Dkt. 254), is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk shall **STRIKE** from the record Defendant's Motion for Judicial Notice and Reconsideration, (Dkt. 253).

IT IS SO ORDERED.

Dated November 21, 2023.

_____
ROBERT C. JONES
United States District Judge

---

[1] "Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney. An attorney who has appeared for a party must be recognized by the court and all the parties as having control of the client's case[.]" Local Rule IA 11-6(a).